IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRIAN DODD | § | |
| | § | |
| v. | § | CIVIL NO. 6:12cv691 LED-JDL |
| | § | |
| THOMAS DODD, *et al*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration (Doc. No. 25). The Report recommends that Plaintiff's Motion for Default (Doc. No. 22) be denied and Plaintiff's claims against sole remaining Defendant Mary Ann Ford be dismissed.[1] To date, no objections to the Report have been submitted. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Default is **DENIED,** Plaintiff's claims against Defendant Mary Ann Ford are dismissed, and the cause of action is **DISMISSED WITH PREJUDICE**.

---

[1] The Report was mailed to Plaintiff shortly after it was docketed on February 24, 2015. The Return Receipt, however, does not indicate what date the Report was delivered. Doc. No. 26.

**So ORDERED and SIGNED this 31st day of March, 2015.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**